USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN, an individual,

Plaintiff,

-against-

EAT THIS, LLC d/b/a "EAT THIS, NOT THAT!", a Delaware limited liability company; GALVANIZED BRANDS, LLC d/b/a "GALVAN!ZED", a Pennsylvania limited liability company; GALVANIZED MEDIA, LLC, a Delaware limited liability company; SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1-10, inclusive,

Defendants.

26 Civ. 6744 (AT)

**ORDER**

ANALISA TORRES, District Judge:

To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ANALISA TORRES
United States District Judge