USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN, an individual,

Plaintiff,

-against-

EAT THIS, LLC d/b/a "EAT THIS, NOT THAT!", a Delaware limited liability company; GALVANIZED BRANDS, LLC d/b/a "GALVAN!ZED", a Pennsylvania limited liability company; GALVANIZED MEDIA, LLC, a Delaware limited liability company; SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1-10, inclusive,

Defendants.

26 Civ. 6744 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the named Defendants' letter motion requesting leave to file a motion to dismiss, *see* ECF No. 22, and Plaintiff's response, *see* ECF No. 23. The Court GRANTS Plaintiff leave to file an amended complaint. By **December 2, 2026**, Plaintiff shall file his amended complaint in accordance with Rule III(H) of the undersigned's Individual Practices in Civil Cases. By **November 23, 2026**, Eleanor Martine Lackman shall enter an appearance of behalf of Eat This, LLC, Galvanized Brands, LLC, and Galvanized Media, LLC.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ANALISA TORRES
United States District Judge